**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6424**

---

MICHAEL A. DUNCAN,

Plaintiff - Appellant,

versus

STATE OF VIRGINIA; JOE FRANK, Virginia Bar
State Mayor (N.N.); NEWPORT NEWS CITY JAIL;
N.N.C.J. (DENTISTRY DEPARTMENT); MARK WARNER,
State of Virginia, Governor; CHUCK MOORE, N.
N. City Sheriff; MR. SHERMAN, Dentist of Jail;
CHARLES MOORE, Sheriff,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-02-1868-AM)

---

Submitted: June 12, 2003          Decided: June 18, 2003

---

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael A. Duncan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael A. Duncan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Duncan v. Virginia, No. CA-02-1868-AM (E.D. Va. filed Feb. 19, 2003 & entered Feb. 20, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2